**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6608**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JEFFREY LAWSON MCCORMICK,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, Senior District Judge. (6:13-cr-00011-NKM-1)

Submitted: June 18, 2015        Decided: June 23, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Lawson McCormick, Appellant Pro Se. Ashley Brooke Neese, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Lawson McCormick appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because McCormick's informal brief does not challenge the basis for the district court's disposition, McCormick has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2